# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| **EDEKKA LLC,**<br><br>          Plaintiff,<br>v.<br><br>**BARNEYS NEW YORK, INC.,**<br><br>          Defendant. | Case No. 2:14-cv-405<br><br>**LEAD CASE** |
| **EDEKKA LLC,**<br><br>          Plaintiff,<br>v.<br><br>**PC CONNECTION, INC.,**<br><br>          Defendant. | Case No. 2:14-cv-470<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS BETWEEN PLAINTIFF EDEKKA LLC AND DEFENDANT PC CONNECTION, INC.

On this day the Court considered the Agreed Motion for Dismissal with Prejudice of All Claims Between Plaintiff eDekka LLC ("eDekka") and Defendant PC Connection, Inc. ("PC Connection"). Having considered the Agreed Motion and the pleadings in this case, the Court is of the opinion that the Agreed Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that all claims asserted by eDekka against PC Connection are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**So ORDERED and SIGNED this 22nd day of December, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE